UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONICA MARGARITA<br>BARRIOS-BARRIOS ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-837 |
| DARRIUS CLIPPS ET AL. | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## AMENDED ORDER OF DISMISSAL

The following amended dismissal order is entered pursuant to 28 U.S.C. § 636(c), all parties having consented in writing to proceed before a United States Magistrate Judge, Record Doc. Nos. 34 and 44.

At a hearing in open court on October 25, 2011, plaintiffs orally moved pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss all claims against defendant Darrius Clipps without prejudice. Accordingly, **IT IS ORDERED** that all claims asserted in this case against defendant Darrius Clipps are dismissed without prejudice.

On this date, the parties dictated into the record their amended agreement to settle all remaining claims and provided the court with a draft receipt and release to be executed upon delivery of each of the three (3) agreed upon payment installments. Accordingly,

**IT IS FURTHER ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown no later than **January 31, 2013**, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes. The court specifically finds that through and including **January 31, 2013** is a reasonable time for the retention of jurisdiction in light of the extended payment schedule agreed upon by the parties.

New Orleans, Louisiana, this \_\_\_14th\_\_\_ day of December, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE